STATE OF MISSISSIPPI

COUNTY OF LINCOLN

I, Terry Watkins, Lincoln County Circuit Clerk, do hereby certify that the above and foregoing is a true and correct copy of the entire court file as the same appears of record on file in the Office of the Circuit Clerk of Lincoln County, Mississippi, to-wit:

State Court Record Cause No. 2011-321 LS -- *Mary Nicholson, et al. v. Moore & Paton Tires & Service, et al.*

Consisting of ___13th___ pages.

Given under my hand and official seal, this the 4th day of JAN., 2012.

LINCOLN COUNTY CIRCUIT COURT

By: _____, DC



EXHIBIT "A"

**COVER SHEET**
**Civil Case Filing Form**
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

Mississippi Supreme Court — Form AOC/01
Administrative Office of Courts — (Rev 2009)

| Court Identification | | | Case Year | Docket Number |
|---|---|---|---|---|
| Docket # 43 | Judicial District C | Court ID (CH, CI, CO) | 2011 | 1 3 2 1 |
| | | | | L S (Local Docket ID) |

Month / Date / Year: 0 7 1 1 1 1
*This area to be completed by clerk.*
Case Number if filed prior to 1/1/94: _____

In the **CIRCUIT** Court of **LINCOLN** County — Judicial District _____

**Origin of Suit** (Place an "X" in one box only)
[X] Initial Filing   [ ] Reinstated   [ ] Foreign Judgment Enrolled   [ ] Transfer from Other court   [ ] Other
[ ] Remanded        [ ] Reopened     [ ] Joining Suit/Action          [ ] Appeal

**Plaintiff** - Party(ies) initially Bringing Suit Should Be Entered First - Enter Additional Plaintiffs on Separate Form
Individual: **Nicholson** (Last Name), **Mary** (First Name), Maiden Name ___, M.I. ___, Jr/Sr/III/IV ___

___ Check (x) If Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style: Estate of _____
___ Check (x) If Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity D/B/A or Agency _____

Business: _____
___ Check (x) If Business Plaintiff is filing suit in the name of an entity other than the above, and enter below: D/B/A _____

Address of Plaintiff: **320 Annex St, Reserve, LA 70084**
Attorney (Name & Address): **Delano Funches 1617 Robinson St, Jackson, MS 39209**  MS Bar No. **8849**
___ Check (x) If Individual Filing Initial Pleading is NOT an attorney
Signature of Individual Filing: *Delano Funches*

**Defendant** - Name of Defendant - Enter Additional Defendants on Separate Form
Individual: ___ (Last Name), ___ (First Name), Maiden Name ___, M.I. ___, Jr/Sr/III/IV ___

___ Check (x) If Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style: Estate of _____
___ Check (x) If Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity D/B/A or Agency _____

Business: **Moore & Patron Tires & Service**
___ Check (x) If Business Defendant is filing suit in the name of an entity other than the above, and enter below: D/B/A _____

Attorney (Name & Address) - If Known: _____   MS Bar No. _____

**Damages Sought:** Compensatory $ _____   Punitive $ _____   [ ] Check (x) if child support is contemplated as an issue in this suit.*
*If checked, please submit completed Child Support Information Sheet with this Cover Sheet

**Nature of Suit** (Place an "X" in one box only)

| Domestic Relations | Business/Commercial | Children/Minors - Non-Domestic | Real Property |
|---|---|---|---|
| [ ] Child Custody/Visitation | [ ] Accounting (Business) | [ ] Adoption - Contested | [ ] Adverse Possession |
| [ ] Child Support | [ ] Business Dissolution | [ ] Adoption - Uncontested | [ ] Ejectment |
| [ ] Contempt | [ ] Debt Collection | [ ] Consent to Abortion Minor | [ ] Eminent Domain |
| [ ] Divorce: Fault | [ ] Employment | [ ] Removal of Minority | [ ] Eviction |
| [ ] Divorce: Irreconcilable Diff. | [ ] Foreign Judgment | [ ] Other ___ | [ ] Judicial Foreclosure |
| [ ] Domestic Abuse | [ ] Garnishment | **Civil Rights** | [ ] Lien Assertion |
| [ ] Emancipation | [ ] Replevin | [ ] Elections | [ ] Partition |
| [ ] Modification | [ ] Other ___ | [ ] Expungement | [ ] Tax Sale: Confirm/Cancel |
| [ ] Paternity | **Probate** | [ ] Habeas Corpus | [ ] Title Boundary or Easement |
| [ ] Property Division | [ ] Accounting (Probate) | [ ] Post Conviction Relief/Prisoner | [ ] Other ___ |
| [ ] Separate Maintenance | [ ] Birth Certificate Correction | [ ] Other ___ | **Torts** |
| [ ] Termination of Parental Rights | [ ] Commitment | **Contract** | [ ] Bad Faith |
| [ ] UIFSA (eff 7/1/97; formerly URESA) | [ ] Conservatorship | [ ] Breach of Contract | [ ] Fraud |
| [ ] Other ___ | [ ] Guardianship | [ ] Installment Contract | [ ] Loss of Consortium |
| **Appeals** | [ ] Heirship | [ ] Insurance | [ ] Malpractice - Legal |
| [ ] Administrative Agency | [ ] Intestate Estate | [ ] Specific Performance | [ ] Malpractice - Medical |
| [ ] County Court | [ ] Minor's Settlement | [ ] Other ___ | [ ] Mass Tort |
| [ ] Hardship Petition (Driver License) | [ ] Muniment of Title | **Statutes/Rules** | [ ] Negligence - General |
| [ ] Justice Court | [ ] Name Change | [ ] Bond Validation | [X] Negligence - Motor Vehicle |
| [ ] MS Dept Employment Security | [ ] Testate Estate | [ ] Civil Forfeiture | [ ] Product Liability |
| [ ] Worker's Compensation | [ ] Will Contest | [ ] Declaratory Judgment | [ ] Subrogation |
| [ ] Other ___ | [ ] Other ___ | [ ] Injunction or Restraining Order | [ ] Wrongful Death |
| | | [ ] Other ___ | [ ] Other ___ |

IN THE <u>CIRCUIT</u>        COURT OF <u>LINCOLN</u>        COUNTY, MISSISSIPPI

_____ JUDICIAL DISTRICT, CITY OF _____

Docket No. _____ - _____ _____        Docket No. If Filed
       File Yr    Chronological No.    Clerk's Local ID    Prior to 1/1/94 _____

**PLAINTIFFS IN REFERENCED CAUSE - Page 1 of ___ Plaintiffs Pages
IN ADDITION TO PLAINTIFF SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

**Plaintiff #2:**
Individual: <u>Wilson</u>        <u>Sirena</u>        ( _____ ) _____ _____
    Last Name    First Name    Maiden Name, If Applicable    Middle Init.    Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
    Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:
    D/B/A _____

Business _____
    Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:
    D/B/A _____

ATTORNEY FOR THIS PLAINTIFF: <u>8849</u> Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Plaintiff #3:**
Individual: <u>Ray</u>        <u>Elizabeth</u>        ( _____ ) _____ _____
    Last Name    First Name    Maiden Name, If Applicable    Middle Init.    Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
    Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:
    D/B/A _____

Business _____
    Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:
    D/B/A _____

ATTORNEY FOR THIS PLAINTIFF: <u>8849</u> Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Plaintiff #4:**
Individual: _____        _____        ( _____ ) _____ _____
    Last Name    First Name    Maiden Name, If Applicable    Middle Init.    Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
    Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:
    D/B/A _____

Business _____
    Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:
    D/B/A _____

ATTORNEY FOR THIS PLAINTIFF: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

IN THE <u>CIRCUIT</u> COURT OF <u>LINCOLN</u> COUNTY, MISSISSIPPI

_____ JUDICIAL DISTRICT, CITY OF _____

Docket No. _____ - _____ _____ Docket No. If Filed
       File Yr   Chronological No.   Clerk's Local ID   Prior to 1/1/94 _____

**DEFENDANTS IN REFERENCED CAUSE** - Page 1 of ___ Defendants Pages
**IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

### Defendant #2:

**Individual:** _____ _____ ( _____ ) _____ _____
                Last Name         First Name     Maiden Name, If Applicable   Middle Init.  Jr/Sr/III/IV

___ Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

   Estate of _____

___ Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

   D/B/A _____

Business <u>Goodyear Tire & Rubber Manufacturing Company</u>
          Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___ Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

   D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓) ___ Not an Attorney(✓)___

### Defendant #3:

**Individual:** _____ _____ ( _____ ) _____ _____
                Last Name         First Name     Maiden Name, If Applicable   Middle Init.  Jr/Sr/III/IV

___ Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

   Estate of _____

___ Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

   D/B/A _____

Business _____
          Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___ Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

   D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓) ___ Not an Attorney(✓)___

### Defendant #4:

**Individual:** _____ _____ ( _____ ) _____ _____
                Last Name         First Name     Maiden Name, If Applicable   Middle Init.  Jr/Sr/III/IV

___ Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

   Estate of _____

___ Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

   D/B/A _____

Business _____
          Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___ Check (✓) if Business Defendant is being sued in the name of an entity other than the above, and enter below:

   D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓) ___ Not an Attorney(✓)___

# FEE BILL, CIVIL CASES, CIRCUIT COURT

**STATE OF MISSISSIPPI**
**LINCOLN COUNTY**
**CASE NO.** 2011-321 LS

Mary Nicholson, et al
vs.
Moore & Patron Tires & Service et al

37496

Prescribed by the Miss State Dept. of Audit 10/1/85

| Item | Amount |
|---|---|
| Jury Tax | $ 3.00 |
| Court Reporter's Fee | 10.00 |
| Law Library | 2.50 |
| State Court Education Fund | 2.50 |
| Court Administrator | 2.00 |
| Clerk's Fee | ~~75.00~~ 85.00 |
| Sub-Total | ~~95.00~~ 105.00 |
| Sheriff's Fee | |
| Fees of other Sheriff's | |
| State Comm. or Officers | |
| Other | |
| Other — CECS Fund | 10.00 |
| Other — CLA Fund | 5.00 |
| Other | |
| Other | |
| Marriage License | ~~21.00~~ |
| Amount Paid | |
| Amount Due | |

**How Paid:** ☐ Cash   ☒ Check 6402   ☐ Money Order

Payment received from Finches and Associates this the 11 day of July A.D., 20 11   Dollars $ 120.00

By _____ D.C. _____ Circuit Clerk

IN THE CIRCUIT COURT OF LINCLON COUNTY, MISSISSIPPI

MARY NICHOLSON, SIRENA WILSON, AND
ELIZABETH RAY ON BEHALF OF HER MINOR
SON, XAVIER RAY                                                          PLAINTIFFS

V.                                                              CIVIL ACTION NO. 2011-321L5

MOORE & PATRON TIRES & SERVICE, GOODYEAR
TIRE & RUBBER MANUFACTURING COMPANY, AND
XYZ INSURANCE COMPANY                                                    DEFENDANTS

## COMPLAINT

NOW INTO COURT, through the under signed counsel, comes Plaintiffs, Mary Nicholson, Sirena Wilson and Elizabeth Ray on behalf of her minor son, Xavier Ray for the purpose of filing this petition for damages and avers the following:

I.

Made defendants are as follows:

A. Moore & Patron Tires & Service, a Goodyear Tire sales and service company doing business in Monroe, Louisiana.

B. Goodyear Tire & Rubber Manufacturing Company, the manufacturer of the defective tire which was the sole and proximate cause of the accident herein whose address is 1 S.W. Goodyear Blvd., Lawton, OK 73505.

C. XYZ Insurance Company, the general liability insurance carrier, having a liability policy providing general liability coverage to the above defendants at the time of the accident herein.

II.

Said defendants are liable to petitioners for injuries sustained by petitioners as a result of the defendant's negligence.

III.

Said injuries include: loss of enjoyment of life, inconvenience, diminished life style, medical expenses, mental stress and anguish, pain and suffering, permanent neck & back pain. Mary Nicholson sustained herniated disc at C3-4, C4-5, C5-6, C6-7, T1-2, L3-4, and L5-S1 as well as annulus tears at L3-4, L4-5, and L5-S1, need for lumbar surgery medical care, and multiple body injuries.

IV.

On or about July 11, 2008, petitioners were traveling northbound on I-55 in a 1995 Acura Integra being driven by Serina Wilson. As petitioner was traveling northbound on I-55 near Brookhaven Mississippi, the right rear tire blew out, causing petitioner to overturn and collided with a tree. The vehicle was totally demolished and the accident caused petitioners to sustain serious bodily injuries. Petitioners did not in anyway contribute to the cause of the collision.

V.

Serina Wilson's father, Gregory Wilson, purchased the four new Goodyear tires which were on the vehicle at the time of accident less than one month before the defective tire malfunctioned and blew out. The new Goodyear tire which is the subject of this litigation was defective and unfit for its intended use. The petitioners also allege that tire was either defective or improperly installed by the Moore & Patron Tires and Service.

VI.

Said acts of negligence committed by defendants are as follows:

1. Manufacturing a defective and unreasonably dangerous product.

2. Manufacturing a product unfit for its intended use.

3. Failure to properly inspect ant test all Goodyear tires prior to placing the product on the market.

4. Manufacturing and marketing a product that is unreasonably dangerous in construction and composition.

5. Selling a product that is unreasonably dangerous and presents a risk of harm to innocent customers.

6. Failure to warn.

7. Improperly installing tire.

8. Failure to inspect tire for defects prior to placing the tire on the market and or prior to installation.

Wherefore, petitioners pray that defendants, the Goodyear Tire & Rubber Manufacturing Company, Moore & Patron Tires & Service and XYZ INSURANCE COMPANY, be duly cited to appear and answer this Petition and after due proceeding are conducted, that this Honorable Court enter a judgment in favor of petitioners, and against defendants for an amount found to be just and adequate.

Respectfully submitted,

Delano Funches (MSB # 8849)
Funches & Associates
1617 Robinson Street
Jackson, MS 39209
(601)969-7400 Telephone
(601)969-7438 Facsimile

IN THE CIRCUIT COURT OF THE FIRST JUDICIAL DISTRICT OF
LINCOLN COUNTY MISSISSIPPI

MARY NICHOLSON, SIRENA WILSON, AND
ELIZABETH RAY ON BEHALF OF HER MINOR
SON, XAVIER RAY                                                           PLAINTIFFS

V.                                                                  CIVIL ACTION NO. 2011-321 LS

MOORE & PATRON TIRES & SERVICE, GOODYEAR
TIRE MANUFACTURING COMPANY, AND
XYZ INSURANCE COMPANY                                                     DEFENDANTS

## SUMMONS

TO:   Moore & Patron Tires & Service
      1514 Louisville Ave.
      Monroe, LA 71201

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to Delano Funches, Esq., whose address is 1617 Robinson Street, Jackson, Mississippi 39209.

Your response must be mailed or delivered within thirty (30) days from the date of delivery of this summons and complaint or judgment by default will be entered against you for the money or other things demanded in the complaint.

You must also file the original response with the Clerk of this Court within a reasonable afterward.

Issued under my hand and the seal of said Court, this the 11th day of July, 2011.

Terry Lynn Watkins
Circuit Court of Lincoln County, Mississippi
By: J. Price, D.C.

IN THE CIRCUIT COURT OF THE FIRST JUDICIAL DISTRICT OF
LINCOLN COUNTY MISSISSIPPI

MARY NICHOLSON, SIRENA WILSON, AND
ELIZABETH RAY ON BEHALF OF HER MINOR
SON, XAVIER RAY                                                          PLAINTIFFS

V.                                                              CIVIL ACTION NO. 2011-321LS

MOORE & PATRON TIRES & SERVICE, GOODYEAR
TIRE & RUBBER MANUFACTURING COMPANY, AND
XYZ INSURANCE COMPANY                                          DEFENDANTS

## SUMMONS

TO:   Goodyear Tire & Rubber Manufacturing Company
      1 SW Goodyear Blvd
      Lawton, OK 73505

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to Delano Funches, Esq., whose address is 1617 Robinson Street, Jackson, Mississippi 39209.

Your response must be mailed or delivered within thirty (30) days from the date of delivery of this summons and complaint or judgment by default will be entered against you for the money or other things demanded in the complaint.

You must also file the original response with the Clerk of this Court within a reasonable afterward.

Issued under my hand and the seal of said Court, this the 11th day of July, 2011.

Terry Lynn Watkins
Circuit Court of Lincoln County, Mississippi
By: A. Price, D.C.

# BRYAN NELSON P.A.

**ATTORNEYS AT LAW**
POST OFFICE DRAWER 18109
6524 U.S. HIGHWAY 98
HATTIESBURG, MISSISSIPPI 39404-8109

JACK W. LAND
EVE GABLE
HERMAN M. HOLLENSED, JR.
MARK A. NELSON[1]
V. K. VICK SMITH
DAVID M. OTT
RICHARD D. NORTON
JOSEPH A. O'CONNELL
WILLIAM A. WHITEHEAD, JR.
KRISTOPHER A. POWELL
MARK E. NORTON
JEFFREY L. HALL
MARY D. BLUMENTRITT
LINDSAY G. WATTS
BRAD A. TOUCHSTONE

JOHN F. BRYAN III (1914-1994)
E. S. NED NELSON (1928-1985)

STACY L. NEAMES (Of Counsel)

TELEPHONE
(601) 261-4100

FACSIMILE
(601) 261-4106

[1] Also Admitted in Louisiana

December 13, 2011

Terry Watkins
Circuit Clerk of Lincoln County
P.O. Box 357
Brookhaven, MS 39602

*FILED DEC 1 6 2011 TERRY LYNN WATKINS, Circuit Clerk, By ___ D.C.*

Re:   Mary Nicholson, et al v. Moore & Patron Tires & Service, et al
      Cause No. 2011-321 LS

Dear Terry:

   Enclosed for filing in the above styled and numbered cause is a Motion for Extension of Time in Which to File Responsive Pleadings, along with one copy of the first page of same. Please file the original Motion and stamp the date of filing on the copy, and return it to my office in the enclosed self-addressed, stamped envelope provided for your convenience.

   Thank you for your assistance in this matter.

                                                Sincerely,

                                                *Rick Norton* (signature)

                                                Rick Norton
                                                For the Firm

RN:ek
Enclosure
xc:  Honorable Delano Funches

IN THE CIRCUIT COURT OF THE FIRST JUDICIAL DISTRICT
OF LINCOLN COUNTY, MISSISSIPPI

MARY NICHOLSON, ET AL                    PLAINTIFFS

VS.                                             CAUSE NO. 2011-321 LS

MOORE & PATRON TIRES & SERVICE, ET AL           DEFENDANTS

## MOTION FOR EXTENSION OF TIME IN WHICH TO FILE RESPONSIVE PLEADINGS

COMES NOW the Defendant, Moore & Patron Tires & Service, by and through its counsel, and reserving all rights to assert all defenses, including without limitation, the following defenses: lack of jurisdiction over the subject matter, lack of jurisdiction over the person, improper venue, insufficiency of process, insufficiency of service of process, failure to state a claim upon which relief can be granted, failure to join a party under Rule 19 of the Mississippi Rules of Civil Procedure, arbitration and award, assumption of risk, contributory negligence, discharge in bankruptcy, duress, estoppel, failure of consideration, fraud, illegality, injury by fellow servant, laches, license, payment, release, res judicata, statute of frauds, statute of limitations, waiver, and any other matter constituting an avoidance or affirmative defense; and hereby moves this Court for thirty (30) days extension of time within which to respond to the Plaintiffs' Complaint as heretofore filed in the above styled and numbered action, and in support of said Motion, would show unto the Court as follows, to-wit:

1.

That the Defendant would show that the undersigned counsel has just received the Complaint in this matter.

2.

That the undersigned counsel is presently in the process of investigating facts material to the allegations contained and alleged in said Complaint.

3.

That the completion of such inquiry will reasonably require the additional time now sought within which to respond to the Plaintiffs' Complaint.

4.

That the Defendant will be unable to properly plea in this action until the conclusion of the inquiry.

5.

That the Defendant has not previously sought an extension of time in which to respond to this matter, and that the award of the additional time sought will not delay an orderly disposition of this action.

_____
RICK NORTON, MSB #8741

BRYAN NELSON P.A.
P.O. BOX 18109
HATTIESBURG, MS 39404-8109
PHONE: 601-261-4100
FAX: 601-261-4106

## CERTIFICATE OF SERVICE

I, Rick Norton, of counsel for Defendant, Moore & Patron Tires & Service, hereby certify that I have this day mailed, postage pre-paid, by United States Mail, a true and correct copy of the above and foregoing Motion for Extension of Time to:

Honorable Delano Funches
1617 Robinson Street
Jackson, MS  39209

ATTORNEY FOR PLAINTIFF

THIS, the _14_ day of December A.D., 2011.

RICK NORTON